JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JUMPVIEW ENTERTAINMENT, LLC, and
CAMPUS LIFE PRODUCTIONS LLC.

## DEFENDANTS
CATHERINE SCORSESE

**(b)** County of Residence of First Listed Plaintiff  Montgomery County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Kings County, New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cozen O'Connor
Justin B. Wineburg, Esq. / Matthew A. Glazer, Esq.
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Attorneys *(If Known)*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Alexander Nemiroff, Esq. / L. Evan Van Gorder, Esq.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332
Brief description of cause:
Plaintiffs allege that Defendant undermined the production, distribution, promotion and overall success of a film.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S)
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

| | | |
|---|---|---|
| IF ANY | | |
| DATE | SIGNATURE OF ATTORNEY OF RECORD | |
| 06/07/2013 | *LE Van Gorder* | |

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44
Authority For Civil Cover Sheet

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 328 Tower Lane, Penn Valley, Pennsylvania 19072

Address of Defendant: 130 Jackson Street, Apartment 1C, Brooklyn, New York 11211

Place of Accident, Incident or Transaction: New York and New Jersey
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☒  No☐

RELATED CASE, IF ANY:
Case Number: 13-cv-2718 S.D.N.Y.   Judge: Hon. Paul G. Gardephe   Date Terminated: N/A

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☒ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, L. Evan Van Gorder, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: June 7, 2013      _LEVanGorder_      307403
                        Attorney-at-Law      Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: June 7, 2013      _LEVanGorder_      307403
                        Attorney-at-Law      Attorney I.D.#

CIV. 609 (5/2012)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| JUMPVIEW ENTERTAINMENT, LLC, and CAMPUS LIFE PRODUCTIONS, LLC | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| CATHERINE SCORSESE, | : | |
| Defendant. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( x )

| June 7, 2013 | *[signature] LE Van Dorder* | Defendant, Catherine Scorsese |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-995-2828 | 218-995-2801 | evan.vangorder@ogletreedeakins.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUMPVIEW ENTERTAINMENT, LLC and <br> CAMPUS LIFE PRODUCTIONS, LLC, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CATHERINE SCORSESE, <br> Defendant. | : <br> : <br> : <br> : <br> : Case No. _____ <br> : <br> : <br> : <br> : <br> : |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant, Catherine Scorsese, through her undersigned counsel, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, hereby files a Notice of Removal of the above-captioned action from the Court of Common Pleas of the Commonwealth of Pennsylvania Montgomery County to the United States District Court for the Eastern District of Pennsylvania, based on the following grounds:

1. Plaintiffs, JumpView Entertainment, LLC ("JumpView") and Campus Life Productions, LLC ("Campus Life") (collectively "Plaintiffs"), filed the Complaint in this action in the Court of Common Pleas of Montgomery County, Pennsylvania, No. 2013-04362, on May 20, 2013 (the "State Court Action"). A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. Ms. Scorsese received the Complaint on May 20, 2013 via Montgomery County's ECF service system.

3. This Honorable Court has diversity jurisdiction over this matter.

4.     For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of: (i) the state by which it has been incorporated; and (ii) the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *Valley v. State Farm Fire & Casualty Co.*, 504 F. Supp. 2d 1, 3 (E.D. Pa. 2006).

5.     JumpView is a citizen of Pennsylvania because it is a Pennsylvania limited liability company with its principal place of business in Pennsylvania. *See* Compl., Ex A., at ¶ 6.

6.     Campus Life is a citizen of Pennsylvania because it is a Pennsylvania limited liability company with its principal place of business in Pennsylvania. *See* Compl., Ex. A, at ¶ 7.

7.     Ms. Scorsese is a New York resident. *See* Compl., Exh. A, at ¶ 8.

8.     In Plaintiffs' prayer for relief with respect to the counts asserted in the Complaint, Plaintiffs seek monetary damages in excess of $350,000.00. *See* Compl., Ex. A, at p. 17, ¶ 3.

9.     On the basis of Plaintiffs' allegations and upon information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

10.    Based on the foregoing, this Court has diversity jurisdiction over this action because, on the date that the Complaint was filed, and as of the date this Notice is filed, there exists complete diversity of citizenship between Plaintiffs and Ms. Scorsese and the matter in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

11.    In accordance with 28 U.S.C. § 1446(b), this Notice has been filed within 30 days after receipt by Ms. Scorsese, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.

12.    Ms. Scorsese has attached hereto as Exhibit B copies of all process and pleadings that were served upon it in the State Action.

13. Promptly upon filing this Notice of Removal, Ms. Scorsese will give written notice to Plaintiffs and will file a copy of this Notice of Removal with the Court of Common Pleas of Montgomery County and will serve Plaintiffs' counsel with same. A true and correct copy the Notice of Removal to Federal Court that will be filed with the Court of Common Pleas of Montgomery County is attached hereto as Exhibit C.

14. The filing fee and an executed civil information sheet accompany this Notice.

WHEREFORE, Defendant Catherine Scorsese requests that the above action now pending in the Court of Common Pleas of Montgomery County, Pennsylvania, No. 2013-04362, be removed to and filed with this Court.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

DATED: June 7, 2013    By: *L E Van Gorder*

Alexander Nemiroff, Esq. (I.D. No. 92250)
Zachary C. Glaser, Esq. (I.D. No. 85979)
L. Evan Van Gorder (I.D. No. 307403)
1735 Market Street, Suite 3450
Philadelphia, PA 19103-7501
(215) 995-2800
(215) 995-2801 (fax)

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUMPVIEW ENTERTAINMENT, LLC and CAMPUS LIFE PRODUCTIONS, LLC,<br><br>               Plaintiffs,<br><br>   v.<br><br>CATHERINE SCORSESE,<br>               Defendant. | Case No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of June 2013, a true and correct copy of the foregoing Notice of Removal was filed via electronic case filing, and was served on counsel of record, via first class mail, postage prepaid, as follows:

> Justin B. Wineburgh, Esquire
> Matthew A. Glazer, Esquire
> **Cozen O'Connor**
> 1900 Market Street
> Philadelphia, Pa 19103

DATED: June 7, 2013

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*/s/ L. Evan Van Gorder*
Alexander Nemiroff, Esq. (I.D. No. 92250)
Zachary C. Glaser, Esq. (I.D. No. 85979)
L. Evan Van Gorder (I.D. No. 307403)
1735 Market Street, Suite 3450
Philadelphia, PA 19103-7501
(215) 995-2800
(215) 995-2801 (fax)

15082748.1