# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUMPVIEW ENTERTAINMENT, LLC, et al.,** : | |
| : | |
| Plaintiffs, : | **CIVIL ACTION NO.:** |
| : | |
| v. : | |
| : | **2:13-CV-3147-CDJ** |
| **CATHERINE SCORSESE,** : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 27th day of February 2014, it is hereby **ORDERED** that defendant's Motion to Dismiss or, Alternatively, for Transfer of Venue, (Doc. No. 5), is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** insofar as defendant seeks dismissal on personal jurisdiction grounds but **DENIED** insofar as defendant seeks to have the matter transferred to a different venue. Furthermore, the motion is **DENIED** insofar as it seeks dismissal under the First Filed Rule. The clerk of court is directed to **CLOSE** this case.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
**C. DARNELL JONES  II,  J.**